FLORENCE E. GATES *v.* CITY OF HARTFORD ET AL.

INGLIS, C. J., BALDWIN, O'SULLIVAN, WYNNE and DALY, Js.

Argued February 10—decided March 16, 1956

*Horace E. Rockwell,* for the appellant (plaintiff).

*Frank A. Murphy,* with whom, on the brief, were *John J. Kenny* and *Alexander A. Goldfarb,* for the appellees (named defendant et al.).

BALDWIN, J. The basic facts in this case are similar to those in *Sullivan* v. *Town Council,* decided this day, and they present the identical legal question. The decision of that case controls the decision of this one.

There is error, the judgment is set aside and the case is remanded with direction to deny the motion to erase.

In this opinion the other judges concurred.